IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO.  1:04cr97-LG-JMR-004

WILLIE ANTOINE SEYMOUR

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4).  The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants.  The parties agree that a sentencing reduction is appropriate in this case.  The Court concurs, and hereby ORDERS as follows:

(1)     The sentence is reduced from 210 months to 168 months;

(2)     All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

**SO ORDERED AND ADJUDGED** this the 28th day of July, 2009.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE




AGREED:


  *John A. Meynardie*
ASSISTANT U.S. ATTORNEY              *George L. Lucas*
                                     DEFENSE COUNSEL